# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF WAYNE EDMOND
BREEN

NO.   2025 CW 1220

CONSOLIDATED WITH

DOCTORS FOR WOMEN MEDICAL
CENTER, LLC, CRAIG M.
LANDWEIR, MD IN HIS CAPACITY
AS A TRUSTEE OF THE DOCTORS
FOR WOMEN MEDICAL CENTER, LLC
PROFIT SHARING PLAN AND TRUST

VERSUS

PATRICK VERNON BREEN, RYAN
MICHAEL BREEN, DEVON THOMAS
BREEN, BRIDGET BREEN DUNBAR,
SEAN MICHAEL BREEN, KACIE
BREEN, INDIVIDUALLY AND IN HER
CAPACITY AS TUTOR OF THE MINOR
CHILD, AIDEN BREEN, HUB
INTERNATIONAL GULF SOUTH
LIMITED, A DIVISON OF HUB
INTERNATIONAL MIDWEST LIMITED,
MERRILL LYNCH, FENNER AND
SMITH INC., AND WAYNE E. BREEN
MD, LLC

JANUARY 7, 2026

---

In Re:    Aaron Dylan Knapp, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          201512925 c/w 201530176.

---

BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.

   **STAY DENIED; WRIT DENIED.**

                          SMM
                          BDE
                          WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT